FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 24 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-CV-02121**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JOHN NASIOUS,

    Plaintiff,

v.

MAJOR CHARLES J. BAROCH,
UNDER SHERRIF [sic] ROY FLEER OF JEFFERSON COUNTY,
CHIEF TED MINK,
DISTRICT ATTORNEYS OFFICE OF STATE COLO.,
JEFFERSON COUNTY SCOTT STOREY,
JOE GILMORE,
JOHN DOE & JANE DOE 1-50,
OFFICE OF THE STATE PUBLIC DEFENDER DAVID KAPLAN,
JIM ABERS,
JOHN DOE & JANE DOE 1-50 (Jefferson County),
OFFICE OF THE ALTERNATE DEFENSE COUNCIL NANCY C. JOHNSON,
CORRECTIONAL HEALHCARE [sic] MANAGEMENT MONICA ALBERS H.S.A.,
NURSE MELISSA & COMPLETE MEDICAL STAFF INVOLVED IN THIS ACTION
    THAT ARE NOT CURRENTLY BY NAME BUT WILL BE DETAILED AT LATER
    DATE,
JOHN DOE & JANE DOE 1-500, and
JUDGE HOPPIN, Courtroom Division A,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will

be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

2

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 24 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **05 - CV - 02121 - OES**

John Nasious
Prisoner No. 437888
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on _10 24 05_

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk