IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02121-OES

JOHN NASIOUS,

    Plaintiff,

v.

MAJOR CHARLES J. BAROCH,
UNDER SHERIFF ROY FLEER OF JEFFERSON COUNTY,
CHIEF TED MINK,
DISTRICT ATTORNEY'S OFFICE OF STATE COLO.,
JEFFERSON COUNTY – SCOTT STOREY,
JOE GILMORE,
JOHN DOE & JANE DOE 1-50,
OFFICE OF THE STATE PUBLIC DEFENDER – DAVID KAPLAN,
TIM ABERS,
JOHN DOE & JANE DOE 1-50 (Jefferson County),
OFFICE OF THE ALTERNATE DEFENSE COUNCIL NANCY C. JOHNSON,
CORRECTIONAL HEALTHCARE MANAGEMENT – MONICA ALBERS HSA,
NURSE MELISSA,
COMPLETE MEDICAL STAFF,
LAKEWOOD CITY,
JEFFERSON COUNTY SHERIFF'S DEPARTMENT OFFICERS & STAFF INVOLVED
    IN THIS ACTION THAT ARE NOT CURRENTLY BY NAME BUT WILL BE
    DETAILED AT LATER DATE,
JOHN DOE & JANE DOE 1-500, and
JUDGE HOPPIN, Courtroom Division A,

    Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    Plaintiff's "Motion to Order Adequate Time in Law Lib. and to Show Cause Why Plaintiff is Held Hostage in Seg. W/out Hearing" filed on November 14, 2005, is DENIED.

Dated: November 15, 2005

---

Copies of this Minute Order mailed on November 15, 2005, to the following:

John Nasious
Prisoner No. 437888
Denver County Jail
10500 Smith Road
Denver, CO 80201

*[signature]*
Secretary/Deputy Clerk